CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA G. FRANKLIN, SR., | No. 3:21-cv-05071-RSM-BAT |
| Plaintiff, | ORDER GRANTING DEFENDANTS K. VANDENBERG, A. RICE, M. PAULUS AND KERRI TAFT'S MOTION TO EXTEND DISCOVERY |
| vs. | |
| JOHN ACKERMAN, et al., | |
| Defendant. | Hearing Date: October 29, 2021 |

THIS MATTER having come on for hearing BEFORE THE UNDERSIGNED Judge of the above entitled court upon Defendants K. Vandenberg, A. Rice, M. Paulus And Kerri Taft's Motion to Extend Discovery and the court being otherwise fully advised in the premises, it is now, therefore,

**IT IS HEREBY ORDERED:**

1.     Defendants K. Vandenberg, A. Rice, M. Paulus And Kerri Taft's Motion to Extend Discovery Dkt. 17, is **GRANTED**.  The Pretrial Scheduling Order in this matter is amended so that all discovery in this case must be completed by **March 4, 2022**.

//

//

//

ORDER GRANTING DEFENDANTS K. VANDENBERG, A. RICE, M. PAULUS AND KERRI TAFT'S MOTION TO EXTEND DISCOVERY – 1

1    DATED this 19th day of November, 2021.

2

3

4

5    _____
     RICARDO S. MARTINEZ
6    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9    Presented by:

10

11   FOX BALLARD PLLC

12

13   _____

14   Jonathan Ballard, WSBA No. 48870
     Ross C. Taylor, WSBA No. 48111
     Attorneys for Defendant K. Vandenberg, A.
15   Rice, M. Paulus and Kerri Taft

16

17   Approved as to Form:
     PRO SE PLAINTIFF

18

19

20   _____

21   Joshua G Franklin, Sr
     PRO SE PLAINTIFF

22   Approved as to Form:

23   CLARK COUNTY PROSECUTING
     ATTORNEY'S OFFICE

24

25

26   _____

27   Amanda M. Migchelbrink, WSBA No. 34223
     Attorney for Defendants K Beltran, Chuck
     Atkins, Ric Bishop, Songer, Shoemaker

28

ORDER GRANTING DEFENDANTS K. VANDENBERG, A. RICE, M. PAULUS
AND KERRI TAFT'S MOTION TO EXTEND DISCOVERY – 2

