UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA G. FRANKLIN SR., <br><br> Plaintiff, <br><br> v. <br><br> JOHN ACKERMAN, et al., <br><br> Defendant. | CASE NO. 3:21-cv-05071-RSM-BAT <br><br> **ORDER DISMISSING CASE** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation.

(2)   The case is dismissed without prejudice.

(3)   The clerk shall provide copies of this Order to the parties.

DATED this 28th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1